```
                                                    ✓ ___ FILED          ___ RECEIVED
                                                       ___ ENTERED        ___ SERVED ON
                                                              COUNSEL/PARTIES OF RECORD

                                                          JAN 2 3 2012

                                                       CLERK US DISTRICT COURT
                                                         DISTRICT OF NEVADA
                                                  BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES PRESTRIDGE,                    )
    #32207                        )
             )
        Plaintiff,            )          3:11-cv-00468-HDM-WGC
             )
vs.                                  )
             )          **ORDER**
RENEE BAKER, *et al.*,               )
             )
        Defendants.           )
_____/

        This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 20, 2011, the court issued a Screening Order and stayed the case for the purpose of informal settlement discussions (ECF #s 10, 13). On January 18, 2012, defendants filed their status report, which indicated that the parties are in the process of settlement negotiations (ECF #15). Before the court is defendants' motion to extend the stay for thirty (30) days in order that the parties may finalize the settlement agreement (ECF #16). Defendants' motion is granted.

        **IT IS THEREFORE ORDERED** that defendants' motion to extend the stay in this action for thirty (30) days is **GRANTED**.

1          **IT IS FURTHER ORDERED** that in the event that the parties do not reach a settlement

2    agreement in thirty (30) days defendants shall file a second supplemental status report.

3

4          DATED:   January 23, 2012.

5

6                                              _____

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26