

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PRESTRIDGE, #32207 | ) ) ) |
| Plaintiff, | ) 3:11-cv-00468-HDM-WGC ) |
| vs. | ) ) **ORDER** |
| RENEE BAKER, et al., | ) ) |
| Defendants. | ) ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 20, 2011, the court issued a Screening Order and stayed the case for the purpose of informal settlement discussions (ECF #s 10, 13). On January 18, 2012, defendants filed their status report, which indicated that the parties are in the process of settlement negotiations (ECF #15). Before the court is defendants' motion to extend the stay for thirty (30) days in order that the parties may finalize the settlement agreement (ECF #16). Defendants' motion is granted.

**IT IS THEREFORE ORDERED** that defendants' motion to extend the stay in this action for thirty (30) days is **GRANTED**.

**IT IS FURTHER ORDERED** that in the event that the parties do not reach a settlement agreement in thirty (30) days defendants shall file a second supplemental status report.

DATED: January 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE